IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CLARK, | No. CIV S-09-1948-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| ROLLING HILLS CASINO, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, proceeding in pro per, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On November 1, 2010, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 1, 2010, are adopted in full;

2. The County of Tehama, the Tehama County Sheriff's Department and Sheriff Clay Parker are dismissed from this action; and

3. This case proceeds against the remaining defendants only.

DATED: January 27, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE