1

2

3

4

5

6

7

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ROGER CLARK,                              No. CIV S-09-1948-JAM-CMK

12            Plaintiff,

13        vs.                                  <u>ORDER</u>

14   ROLLING HILLS CASINO, et al.,

15            Defendants.

16   _____/

17            Plaintiff, proceeding in pro per, brings this civil rights action pursuant to 42

18   U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern

19   District of California local rules.

20            On April 18, 2011, the Magistrate Judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that the parties may file

22   objections within a specified time.  No objections to the findings and recommendations have

23   been filed.

24            The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the Magistrate Judge's analysis.

26   / / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 18, 2011, are adopted in full;

2. Defendants' motion to dismiss (Doc. 15) is granted;

3. Defendants Rolling Hills Casino, Felix and Pata are dismissed from this action; and

4. This action shall continue as to defendants Bennett and Benson only.

DATED:   May 24, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

2