IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CLARK, | No. CIV S-09-1948-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| ROLLING HILLS CASINO, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, proceeding in pro per, brings this civil rights action pursuant to 42 U.S.C. § 1983. A scheduling conference was held on April 7, 2011, at 10:00 a.m. before the undersigned Magistrate Judge. Plaintiff and defendants Bennett and Benson informed the court in their joint status report that they each consent to proceed before the Magistrate Judge for all purposes. This consent was confirmed on the record at the scheduling conference.

      As all of the remaining parties in the above-captioned case have submitted consent to proceed before a United States Magistrate Judge, this case shall be reassigned to the Magistrate Judge for all further proceedings and entry of final judgment. See 28 U.S.C. § 636(c).

/ / /

/ / /

1

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to reassign this case to the Honorable Craig M. Kellison as the presiding judge; and

2. The caption on all documents filed in the reassigned case shall show case number CIV S-09-1948-CMK.

DATED: June 30, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

I am the United States Magistrate Judge currently assigned to this case. I accept reassignment of this case for all further proceedings, including entry of final judgment, by myself or such other Magistrate Judge as may be assigned.

DATED: June 30, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE