James A. Curtis, Bar No. 70538
Email:  jcurtis@nccn.et
[Counsel for Service]
Christian M. Curtis, Bar No. 270918
Email:  christianmcurtis@gmail.com
SHINE COMPTON, APC
131 South Auburn Street, Suite 203
Grass Valley, California 95945-6501
Telephone: (530) 272-3132
Fax: (530) 272-3146

Howard G. Curtis, Bar No. 79015
Email:  hgcurtis@sonic.net
LAW OFFICE OF HOWARD G. CURTIS
230 Aguirre Way
Cotati, California 94931
Telephone:  (707) 495-2280
Fax:  (707) 793-0167

Attorneys for Defendants
CHRISTOPHER BENSON and RICHARD KNOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CLARK, | Case No. 2:09-cv-01948-CMK |
| Plaintiff, | |
| vs. | **ORDER** |
| ROLLING HILLS CASINO, COUNTY OF TEHAMA, TEHAMA COUNTY SHERIFF'S DEPARTMENT, CLAY PARKER, OFFICER BENNET, OFFICER BENSON, ERIC FELIX, JON PATA, DOES 1-25, | |
| Defendants. | |

IT IS HEREBY ORDERED, pursuant to stipulation of all parties pursuant to Federal Rule of Civil Procedure 41(a)(1), that the above-captioned action, including all claims for relief and causes of action therein is hereby dismissed with prejudice as to all parties, with each party

1

**PROPOSED ORDER**
**Case No. 2:09-cv-01948-CMK**

bearing their own attorneys' fees and cost of suit herein.

  IT IS SO ORDERED.

**Date:  10/28/2011**

                */s/ Craig M. Kellison*
                **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      )
COUNTY OF NEVADA      )

I am employed in the County of Nevada, State of California. I am over the age of 18 and not a party to the within action. My business address is Shine Compton, APC, 131 South Auburn Street, Suite 203, Grass Valley, California, 95945.

On October 19, 2011, I served the foregoing document described as **PROPOSED ORDER ON STIPULATION OF DISMISSAL AS TO ALL PARTIES**, on all interested parties in this action by placing a true copy thereof, enclosed in sealed envelopes, addressed as stated on the attached Service List:

[X]   BY MAIL: I am readily familiar with the ordinary business practices of Shine Compton, APC for collection and processing of correspondence for mailing by U.S. Postal Service. I deposited such envelope(s) in the mail at Grass Valley, California. The envelope(s) was/were mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that I have executed this document on October 19, 2011, at Grass Valley, California.

/s/ Keelynn B. Beutler
Keelynn B. Beutler

SERVICE LIST:
*Roger Clark v. Rolling Hills Casino, et al.*
2:09-CV-1948-CMK

| Roger Clark<br>P.O. Box 8593<br>Red Bluff, CA 96080<br><br>*Plaintiff, in pro se* | |

3

**PROPOSED ORDER**
**Case No. 2:09-cv-01948-CMK**