1  James A. Curtis, Bar No. 70538
   Email: jcurtis@nccn.et
2  [Counsel for Service]
   Christian M. Curtis, Bar No. 270918
3  Email: christianmcurtis@gmail.com
   SHINE COMPTON, APC
4  131 South Auburn Street, Suite 203
   Grass Valley, California 95945-6501
5  Telephone: (530) 272-3132
   Fax: (530) 272-3146
6
   Howard G. Curtis, Bar No. 79015
7  Email: hgcurtis@sonic.net
   LAW OFFICE OF HOWARD G. CURTIS
8  230 Aguirre Way
   Cotati, California 94931
9  Telephone: (707) 495-2280
   Fax: (707) 793-0167
10
   Attorneys for Defendants
11 CHRISTOPHER BENSON and RICHARD KNOX

12

13            IN THE UNITED STATES DISTRICT COURT

14            FOR THE EASTERN DISTRICT OF CALIFORNIA

15

16  ROGER CLARK,                           )  Case No. 2:09-cv-01948-CMK
                                           )
17              Plaintiff,                 )
                                           )
18                                         )
        vs.                                )  **ORDER**
19                                         )
                                           )
20  ROLLING HILLS CASINO, COUNTY OF        )
    TEHAMA, TEHAMA COUNTY SHERIFF'S        )
21  DEPARTMENT, CLAY PARKER,               )
    OFFICER BENNET, OFFICER BENSON,        )
22  ERIC FELIX, JON PATA, DOES 1-25,       )
                                           )
23              Defendants.                )
                                           )
24

25

26      IT IS HEREBY ORDERED, pursuant to stipulation of all parties pursuant to Federal

27  Rule of Civil Procedure 41(a)(1), that the above-captioned action, including all claims for relief

28  and causes of action therein is hereby dismissed with prejudice as to all parties, with each party

1

bearing their own attorneys' fees and cost of suit herein.

     IT IS SO ORDERED.

**Date:  10/28/2011**

                                           /s/ Craig M. Kellison
                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE

**PROPOSED ORDER**
**Case No. 2:09-cv-01948-CMK**

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     )
COUNTY OF NEVADA     )

I am employed in the County of Nevada, State of California. I am over the age of 18 and not a party to the within action. My business address is Shine Compton, APC, 131 South Auburn Street, Suite 203, Grass Valley, California, 95945.

On October 19, 2011, I served the foregoing document described as **PROPOSED ORDER ON STIPULATION OF DISMISSAL AS TO ALL PARTIES**, on all interested parties in this action by placing a true copy thereof, enclosed in sealed envelopes, addressed as stated on the attached Service List:

[X]   BY MAIL: I am readily familiar with the ordinary business practices of Shine Compton, APC for collection and processing of correspondence for mailing by U.S. Postal Service. I deposited such envelope(s) in the mail at Grass Valley, California. The envelope(s) was/were mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that I have executed this document on October 19, 2011, at Grass Valley, California.

/s/ Keelynn B. Beutler
Keelynn B. Beutler

SERVICE LIST:
*Roger Clark v. Rolling Hills Casino, et al.*
2:09-CV-1948-CMK

| Roger Clark<br>P.O. Box 8593<br>Red Bluff, CA  96080<br><br>*Plaintiff, in pro se* | |

3

**PROPOSED ORDER**
**Case No. 2:09-cv-01948-CMK**